■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK ROBBINS, Appellant. [724 NYS2d 581] —Judgment, Supreme Court, New York County (Micki Scherer, J.), rendered January 5, 2000, convicting defendant, upon his plea of guilty, of burglary in the third degree, and sentencing him, as a second felony offender, to a term of 2½ to 5 years, unanimously reversed, on the law, the guilty plea vacated, the waiver of indictment vacated, the superior court information dismissed and the indictment reinstated.

As the People correctly concede, defendant's waiver of indictment and consent to be prosecuted by superior court information was invalid under CPL 195.10 (2) (b) since defendant had already been indicted with respect to the same incident (*see, People v Boston*, 75 NY2d 585; *cf., People v D'Amico*, 76 NY2d 877). Concur—Sullivan, P. J., Mazzarelli, Ellerin, Lerner and Buckley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSVALDO FLORES, Appellant. [724 NYS2d 582] —Judgment, Supreme Court, Bronx County (Phylis Skloot Bamberger, J.), rendered on or about April 24, 1997, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Sullivan, P. J., Mazzarelli, Ellerin, Lerner and Buckley, JJ.